IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
UNITED STATES OF AMERICA                          :
                                                  : CASE NO.   5:05 CR 131
                                      Plaintiff   :
                                                  :
                           -vs-                   :
                                                  :
DAVID WALKER                                      : ORDER ACCEPTING PLEA AGREEMENT
                                                  : AND JUDGMENT AND NOTICE OF
                                      Defendant   : HEARING
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

       This case is before the Court on a Report and Recommendation filed by United

States Magistrate Judge Patricia A. Hemann regarding the change of plea hearing and

plea agreement of David Walker which was referred to the Magistrate Judge with the

consent of the parties.

       On 16 March 2005, the government filed a one-count indictment against David

Walker for conspiracy to possess with the intent to distribute and distribution of a

controlled substance in violation of 21 U.S.C. § 846.  On 14 April 2005, a hearing was

held in which David Walker entered a plea of not guilty before Magistrate Judge

William H. Baughman, Jr.  On 22 May 2006, Magistrate Judge Patricia A. Hemann

received David Walker's plea of guilty and issued a Report and Recommendation

("R&R") concerning whether the plea should be accepted and a finding of guilty

entered

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. David Walker is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, David Walker is adjudged guilty of Count One in violation of 21 U.S.C. § 846.

Sentencing will be:


**31 July 2006 at 9:00 a.m.**

**Courtroom 18-A**
**18th Floor the United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**


IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 15 June 2006