AO 245B (Rev. 6/05) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 5:05 CR 131-39 | Judgment - Page 2 of 6 |
| DEFENDANT: DAVID WALKER | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **51 months**

**The defendant shall participate in the Bureau of Prison's 500 Hour Intensive Drug Treatment Program.**

[✓] The court makes the following recommendations to the Bureau of Prisons:
The defendant be designated to FCI Morgantown, West Virginia.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at _ n _
[ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2:00 p.m. on _.
[ ] as notified by the United States Marshal but no sooner than
[✓] as notified by the U.S. Marshals or the Federal Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

Defendant Voluntary Surrendered to FCI Morgantown on 11-15-06

L Luson Iso
for Dominic A Gutierrez Sr
Warden

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

2006 NOV 28 PM 1:50