| PROB 12A (Rev 10/99) | SUPERVISION REPORT (Request for Modification, Travel Permit or Abatement) | U. S. Pretrial Services and Probation Office Northern District of Ohio | DATE 07/07/2010 |
|---|---|---|---|
| NAME WALKER, David W. | PACTS 44566 | JUDGE Wells | DOCKET # 5:05CR00131-039 |

| SENTENCE DATE 10/02/2006 | SUPERVISION TYPE TSR | CRIMINAL HIST. II | OFFENSE LEVEL 25 | PHOTO |
|---|---|---|---|---|

**REPORT PURPOSE**
JUDICIAL RESPONSE REQUESTED

**RECOMMENDATION**
MODIFICATION

**ORIGINAL OFFENSE**
21 USC 846- Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine.

**SENTENCE DISPOSITION**
51 months imprisonment followed by 4 years supervised release (scheduled to commence on 07/28/2010).

**SPECIAL CONDITIONS**
Drug/Alcohol Aftercare.
Search and Seizure.
Firearm Prohibition.
DNA Collection.

## COMPLIANCE SUMMARY

| NUMBER/DATE | NATURE OF COMPLIANCE/ NONCOMPLIANCE |
|---|---|
| 07/28/2010 | The offender will be homeless upon release from custody. |

**PROBATION OFFICER COMMENTS/PLAN OF INTERVENTION**

This report serves to inform the Court that David Walker has not been able to secure acceptable housing in preparation for his release from the Oriana House. He has been in pre-release status at the halfway house since March 1, 2010. Mr. Walker is employed as a telemarket sales representative at S & P Data in Cleveland, OH and is awaiting the final disposition of several subsidized housing applications. The most promising application, however, has been denied because of his status as a correctional client at Oriana House. Upon discharge from custody, however, he may be moved to homeless status, thereby becoming eligible for the housing benefit through Eden Housing, Inc. Mr. Walker anticipates that he will finalize housing arrangements within the first month of supervision.

On July 2, 2010, Mr. Walker executed the enclosed Probation Form 49, Waiver of Hearing to Modify Conditions of Release. The waiver voluntarily places Mr. Walker at the Oriana House for a period not to exceed the first two months of supervision as a special condition of supervised release. The waiver affords the probation office the authority to direct the discharge from Oriana at any time within the two month period, provided the residence established is acceptable.

Plan of Intervention: The probation office respectfully recommends that the Court approve the special condition for residence at the Oriana House for a period not to exceed the first two months of supervision for the purpose of housing.

**This completes the text of the report. Proceed to the signature page.**

| PROB 12A (Rev. 10/99) | **SUPERVISION REPORT** (Request for Modification, Travel Permit or Abatement) | | U. S. Pretrial Services and Probation Office Northern District of Ohio | DATE 07/07/2010 |
|---|---|---|---|---|
| NAME WALKER, David W. | | PACTS 44566 | JUDGE Wells | DOCKET # 5:05CR00131-039 |
| PROBATION OFFICER *Mabel J. Harris*, 216.357.7320 | | | DISTRIBUTION Court | CPO |
| SUPERVISING PROBATION OFFICER Robin Lafferty, 419.213.5752 | | | PROBATION ROUTING Data Entry | Data Collections |

*Judicial Response is necessary.*

**X** Modification of the conditions of supervision as follows:

Community Corrections Center as Temporary Housing Option- Due to homelessness at the time of release for BOP custody on July 28, 2010, the offender shall remain at the Oriana House as a special condition of supervised release for a period not to exceed two months. He shall be discharged from Oriana House upon the determination by the probation office that adequate and acceptable housing has been established in the community.

☐ Modification of the term of supervision as follows:

☐ Travel Permit Granted.
☐ Abate by Death.
☐ The Request is Denied.
☐ Supervision is to be Continued.
☐ The referral of this case to the Magistrate Judge as designated by the Clerk's Office to conduct the appropriate proceedings, except for sentencing, if sentencing is necessary. If a revocation hearing is required, the assigned Magistrate Judge is to conduct the hearing and then file a report and recommendation.

Magistrate Judge Assigned _____

☐ Alternative Judicial Order (Please Specify)

_Signature of Judicial Officer_

12 July 2010
Date

PROB 49 (11/91)

# United States District Court

for

Northern District of Ohio

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**Community Corrections Center as Temporary Housing Option-**

Due to homelessness at the time of release from BOP custody on July 28, 2010, the offender shall remain at the Oriana House as a special condition of supervision for a period not to exceed two months. He shall be discharged from Oriana upon the determination by the probation office that adequate and acceptable housing has been established in the community.

Witness:

_____
Mabel J. Harris
U.S. Pretrial Services and Probation Officer

Signed:

_____
David Walker

July 2, 2010
Date